UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

CALOUETTE CONSTRUCTION
SERVICES, LLC,

Case No. 19-20973-GMH-7

Debtor.

JOHN M. SCAFFIDI, Trustee in Bankruptcy,

Plaintiff,

vs.

Adversary No. 19-02154-GMH-7

BAY BUILDING SUPPLIES, INC.,

Defendants.

## STIPULATION FOR DISMISSAL

WHEREAS, the Defendant has paid to the Plaintiff the settlement sum of Six Thousand

Eight Hundred Dollars ($6,800.00), and Defendant has amended its original proof of claim (no.

16) to withdraw its administrative claim for $2,534.57 and to include an additional unsecured

claim amount for the settlement amount:

IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1.     The within adversary case may be dismissed with prejudice and without costs.

Dated at Milwaukee, Wisconsin, this _____ of February, 2020.

DOUGLAS F. MANN, Attorney for Trustee

Dated at Milwaukee, Wisconsin this _____ of February, 2020.

Samuel C. Wisotzkey, Attorney for Defendant